

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**Application GRANTED in part.  The initial pretrial conference scheduled for September 17, 2020, is adjourned to October 1, 2020.  The parties' joint conference materials are due at least seven days before the conference or by, September 24, 2020.**

**Dated: September 9, 2020**
**New York, New York**

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**The Honorable Judge Lorna G. Schofield**

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

*Via Electronic Case Filing*

**September 9, 2020**

Re:   *Dilenia Paguada v. American Art Clay Co., Inc.*, Case No. 20-cv-5513-LGS
      *Unopposed* Request for Adjournment of Initial Status Conference

Dear Judge Schofield,

By an order dated August 3, 2020, this Court set an initial conference for September 17, 2020. Per the terms of that Order, a joint letter is due September 10, 2020.  Mars Khaimov Law, PLLC is representing the Plaintiff and Smith Amundsen LLC is representing the Defendant in this action.

The parties have conferred, and hereby jointly request an adjournment of the initial conference, and an extension of the deadline to submit a joint status report, by 30 days. The parties make this request because they are currently engaged in settlement discussions that would potentially result in the conclusion of this lawsuit. The parties believe it would be the best use of the parties' and judicial resources to adjourn the initial status conference so that the parties can attempt to resolve this matter, which may obviate the need for an initial conference altogether.

This is the **first** request for an adjournment and extension of time. Plaintiff's counsel has conferred with counsel for Defendant, and all parties agree to the relief sought herein.

The parties hereby request the following new deadlines:

Initial Conference:  **October 12, 2020**
Deadline to submit Joint Letter: **October 5, 2020**

We thank your honor for your consideration in this matter.

Respectfully,

**/s/ Mars Khaimov**



**Mars Khaimov Law, PLLC**

Cc:

Via Email:

John Ochoa, Esq.  (*pro hac vice* forthcoming)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300,
Chicago, Illinois   60601
Phone (312) 894-3238
jochoa@salawus.com
Counsel for Defendant

